ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                                  )
                                                            )
Fast Works Company For General Trading Ltd. )      ASBCA No.   62528
                                                            )
Under Contract No.   W56KGZ-19-P-6036      )

APPEARANCE FOR THE APPELLANT:          Mr. Mezgin Saeed Mohsin
                                         CEO

APPEARANCES FOR THE GOVERNMENT:        Scott N. Flesch, Esq.
                                         Army Chief Trial Attorney
                                       MAJ Susan Kim, JA
                                         Trial Attorney

ORDER OF DISMISSAL

By letter dated July 15, 2020, appellant has requested to withdraw the appeal without prejudice.  The government communicated by telephone on July 15, 2020, that it does not object.  The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket without prejudice.

Dated:  July 27, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62528, Appeal of Fast Works Company For General Trading Ltd., rendered in conformance with the Board's Charter.

Dated:  July 28, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals